AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

FILED
SEP 1 6 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| RONALD ROBINSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-16-CV-201-OLG-JWP |
| RWLS LLC, d/b/a Renegade Services, et.al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☑ other:  ORDERED that the United States Magistrate Judge's Memorandum and Recommendation is ACCEPTED pursuant to 28 U.S.C. § 636(b)(I), and Plaintiff's claims that Defendants acted willfully are hereby DISMISSED. Defendants' motion is otherwise DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia.

Date:  09/16/2016

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*