UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

NOV 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RONALD ROBINSON, individually and on behalf of all other similarly situated<br><br>Plaintiffs<br><br>v.<br><br>RWLS LLC d/b/a RENEGADE SERVICES, MATTHEW GRAY and RANDY CASSADY<br><br>Defendants | CIVIL ACTION NO.<br>**16-CV-201-OLG** |
| MORGAN TODD JOHNSON<br><br>Plaintiff<br><br>v.<br><br>RWLS LLC d/b/a RENEGADE SERVICES, MATTHEW GRAY and RANDY CASSADY<br><br>Defendants | CIVIL ACTION NO.<br>**18-CV-492-OLG** |
| WILLIAM LEWIS, JR.<br><br>Plaintiff<br><br>v.<br><br>RWLS LLC d/b/a RENEGADE SERVICES, MATTHEW GRAY and RANDY CASSADY<br><br>Defendants | CIVIL ACTION NO.<br>**18-CV-493-OLG** |
| STUART BROWN<br><br>Plaintiff<br><br>v.<br><br>RWLS LLC d/b/a RENEGADE SERVICES, MATTHEW GRAY and RANDY CASSADY<br><br>Defendants | CIVIL ACTION NO.<br>**18-CV-494-OLG** |

| | | |
|---|---|---|
| JOEL CASTILLO | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-495-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
|       Defendants | ) | |

| | | |
|---|---|---|
| REX SIMMONS | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-496-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
|       Defendants | ) | |

| | | |
|---|---|---|
| JASON BELLAR | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-497-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
|       Defendants | ) | |

| | | |
|---|---|---|
| SHAWN COLLIER | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-498-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
|       Defendants | ) | |

| | | |
|---|---|---|
| BRIAN D. ROBINSON | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-499-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| JACOB ROBINSON | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-500-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| LUIS JESUS QUINONES, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-501-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| JUAN YRUEGAS | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **18-CV-502-OLG** |
| | ) | |
| RWLS LLC d/b/a RENEGADE SERVICES, | ) | |
| MATTHEW GRAY and RANDY CASSADY | ) | |
| | ) | |
| Defendants | ) | |

| | |
|---|---|
| RONALD ROBINSON )<br>)<br>　　　　Plaintiff )<br>)<br>v. )<br>)<br>RWLS LLC d/b/a RENEGADE SERVICES, )<br>MATTHEW GRAY and RANDY CASSADY )<br>)<br>　　　　Defendants ) | CIVIL ACTION NO.<br>**18-CV-503-OLG** |
| RICK GANDY )<br>)<br>　　　　Plaintiff )<br>)<br>v. )<br>)<br>RWLS LLC d/b/a RENEGADE SERVICES, )<br>MATTHEW GRAY and RANDY CASSADY )<br>)<br>　　　　Defendants ) | CIVIL ACTION NO.<br>**19-CV-752-OLG** |

## FINAL ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION, APPROVING GLOBAL SETTLEMENT, AND DISMISSING CLAIMS

On this date, the Court considered the report and recommendation of U.S. Magistrate Judge Richard B. Farrer filed in Cause No. 16-CV-201, docket no. 172, and the status of the related cases. With the exception of Plaintiffs Stuart Brown (18-CV-494) and Luis Jesus Quinones, Jr. (18-CV-501), whose claims should be dismissed for want of prosecution, the remaining parties in the above-styled related cases have reach a global settlement of all claims.

Having reviewed the Magistrate Judge's recommendation, to which no party objected, and having reviewed the terms and provisions of the parties' global settlement, the Court finds:

1. The Magistrate Judge's recommendation filed in Cause No. 16-CV-201, docket no. 172, is ACCEPTED;

2. Defendants' Unopposed Rule 41(b) Motion to Dismiss with Prejudice the claims of Brown and Quinones, Jr., filed in Cause No. 16-CV-201, docket no. 167, is GRANTED;

3. All claims of Plaintiffs Stuart Brown (18-CV-494) and Luis Jesus Quinones, Jr. (18-CV-501) are DISMISSED with prejudice for failure to prosecute; and

4. The remaining settling parties are represented by counsel, the settlement was negotiated at arm's length, the settlement fairly resolves a bona fide wage dispute, and the terms of the settlement and apportionment of the proceeds are fair and reasonable. In sum, the settlement is in the best interest of all settling parties and should be approved by the Court;

5. Thus, the settling parties' Motion to Dismiss with Prejudice and for Approval of Settlement filed in Cause No. 16-CV-201, docket no. 168, is GRANTED;

6. The settling parties' global settlement filed in Cause No. 16-CV-201, docket no. 171(sealed), is APPROVED;

7. All remaining claims of the settling parties are DISMISSED with prejudice; and

8. All of the above-styled cases may be closed as this is a final order.[1]

It is so ORDERED this １２ day of November, 2019.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] The Clerk of the Court must file this final order in each of the above-styled cases.